IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENISE KRAVITZ, et al.,** *Plaintiffs,* v. **CENTENNIAL SCHOOL DISTRICT, et al.,** *Defendants.* | **CIVIL ACTION NO. 2:23-cv-00888-MMB** |

## ORDER RE MOTION TO DISMISS

**AND NOW**, this third day of August 2023, upon consideration of the Defendants' Motion to Dismiss for Failure to State a Claim, the Plaintiffs' Response in Opposition, and the Defendants' Reply, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that the Defendants' Motion (ECF No. 6) is **DENIED** as to the School District Defendant (Centennial School District) and **GRANTED** as to the rest of the Defendants (the Individual Defendants).

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**

**United States District Judge**