# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENISE & LORI KRAVITZ,** *INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED FEMALE EMPLOYEES* <br><br> v. <br><br> **CENTENNIAL SCHOOL DISTRICT** | **CIVIL ACTION** <br><br> **NO. 23-888** |

## ORDER

**AND NOW**, this 11th day of April, 2024, it is hereby **ORDERED**:

Although this case has been removed from suspense status, the stay order entered on March 26, 2024 (ECF 19) shall remain in effect pending further order of the Court.

**BY THE COURT:**

s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 23\23-888 Kravitz v. Centennial School Dist\23cv888 order.doc