# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENISE KRAVITZ et al** | **CIVIL ACTION** |
| v. | NO. 23-888 |
| **CENTENNIAL SCHOOL DISTRICT** | DATE OF NOTICE: August 5, 2024 |

## **NOTICE**

Please be advised that should a Motion for Collective Action Certification be filed by Plaintiffs, counsel are notified to reserve September 10, 2024 at 3:00 p.m. for oral argument before the Honorable Michael M. Baylson, Courtroom 3A.

s/ Lori DiSanti
_____
Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-888 Kravitz v. Centennial School Dist\23cv888 Notice re reserving date for oral arg.doc