## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE KRAVITZ and LORI WARREN, | : |
| Plaintiffs, | : No. 2:23-cv-00888 |
| v. | : |
| CENTENNIAL SCHOOL DISTRICT, et al., | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

TO THE COURT CLERK:

Kindly enter my appearance on behalf of all Defendants in the above-captioned matter.

LEVIN LEGAL GROUP, P.C.

*/s/ Anthony M. Petro*
Anthony M. Petro (PA Attorney ID No. 332073)
1800 Byberry Road, Suite 1301
Huntingdon Valley, PA 19006
(215) 938-6378
apetro@levinlegalgroup.com

*Counsel for Defendants*

Date:  August 5, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on the below date I electronically filed the foregoing Entry of Appearance and that this document is available for viewing and downloading from the ECF system by all counsel of record.

                                            LEVIN LEGAL GROUP, P.C.

                                            */s/ Anthony M. Petro*
                                            Anthony M. Petro

Date: August 5, 2024