# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENISE & LORI KRAVITZ,** *INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED FEMALE EMPLOYEES* <br><br> v. <br><br> **CENTENNIAL SCHOOL DISTRICT** | **CIVIL ACTION** <br><br> **NO. 23-888** |

## ORDER

**AND NOW**, this 22nd day of August, 2024, it is hereby **ORDERED** that this case shall be STAYED pending further orders in Civil Action Nos. 20-1995 and 21-2587.

**BY THE COURT:**

**s/ Michael M. Baylson**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-888 Kravitz v. Centennial School Dist\23cv888 order to stay case again.doc