IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENISE KRAVITZ AND LORI WARREN,** *INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED FEMALE EMPLOYEES* <br><br> v. <br><br> **CENTENNIAL SCHOOL DISTRICT** | CIVIL ACTION <br><br> NO. 23-888 |

## **ORDER**

Proceedings in this case have been stayed pending a resolution of a similar case against the Central Bucks School District, Civil Action Numbers 20-1995 and 21-2587. Now that a jury verdict has been reached in those prior cases, this case may now proceed but limited to pretrial discovery. Upon review of the docket, on this 15th day of May, 2025, it is **ORDERED** as follows:

1. Plaintiffs shall have fourteen (14) days to file an Amended Complaint if they wish to do so.

2. As to the pending Motion to Compel, ECF 24, counsel shall confer in an attempt to resolve the issue presented by Defendant, and one option would be for Defendant to produce all documents in its possession, custody or control that relate to the named Plaintiffs in this case.

3. The Court will conduct a Rule 16 telephone conference on Wednesday, May 21, 2025 at 10:00 a.m., at which time additional deadlines will be set concerning pretrial discovery. Counsel for Plaintiffs is directed to initiate this teleconference and when all counsel are on the line, to then join Chambers on to the call (Chambers ph: 267-299-7520).

4. The Court may require Plaintiffs to identify one or two male comparators, which will be discussed at the Rule 16 conference.

5. The Clerk is directed to lift the stay.

**BY THE COURT:**

**Dated: 5/15/2025**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-888 Kravitz v. Centennial School Dist\23cv888 order re discovery to proceed.docx