IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE KRAVITZ, and LORI WARREN individually and on behalf of similarly situated female employees, <br><br> Plaintiffs, <br><br> v. <br><br> CENTENNIAL SCHOOL DISTRICT, <br><br> Defendant. | Case No. 2:23-cv-00888-MMB <br><br> JURY TRIAL DEMANDED |

**JOINT STIPULATION AND ORDER**

The parties hereto, through their respective undersigned counsel, respectfully submit this Joint Stipulation that all further proceedings in this case be stayed pending resolution of the appeals of the cases of *Marinello, et al. v. Central Bucks School District,* No. 2:21-cv-02587-MMB ("*Marinello*"), and *Cartee-Haring v. Central Bucks School District,* No. 2:20-cv-01995-MMB ("*Cartee-Haring*"), pursuant to the requirements of Fed. R. Civ. P. 1.

1. This action involves claims under the Equal Pay Act that women teachers employed by Centennial School District ("District") were subjected to gender discrimination in their compensation because men teachers were paid more than the Plaintiffs for equal work.

2. These claims are the same or similar as the claims being litigated in the *Marinello* and *Cartee-Haring* cases.

3. Now that a jury has returned verdicts in the *Marinello* and *Cartee-Haring* cases, and this Court has ruled on all post-trial motions, those cases will be submitted on appeal to the United States Court of Appeals for the Third Circuit.

4. Legal issues that will be addressed by the Third Circuit in *Marinello*/*Cartee-Haring* are the same or similar to those that are at issue in this case, and the parties in this case will likely be

impacted by the rulings of the Third Circuit in *Marinello*/*Cartee-Haring* which could result in a substantial reduction in the expenses in this case and result in the more just and expeditious determination of this case.

5.   Accordingly, the parties request that all further proceedings in this case be stayed pending resolution of the appeals in *Marinello* and *Cartee-Haring.*

6.   Upon the determinations of the *Marinello* and *Cartee-Haring* matters by the Third Circuit, the parties shall so inform the Court and the Court shall issue such further orders as are appropriate to activate and resume this action.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael I. Levin | /s/ Edward S. Mazurek |
| Michael I. Levin, Esq. (PA ID 21232) | Edward S. Mazurek, Esq. (PA ID 50278) |
| David W. Brown, Esq. (PA ID 201553) | 25201 Cornerstone Dr. |
| 1800 Byberry Road, Suite 1301 | Yardley, PA 19067 |
| Huntington Valley, PA 19066 | 267.243.3393 |
| 215-938-6378 | emazurek@mazureklawfirm.com |
| mlevin@levinlegalgroup.com | |
| dbrown@levinlegalgroup.com | |
| | |
| Counsel for Defendant | Counsel for Plaintiffs |

APPROVED AND SO ORDERED THIS _____ DAY OF _____, 2025

_____
**MICHAEL M. BAYLSON, U.S.D.J.**